# UNITED STATES BANKRUPTCY COURT
## Western District of Michigan

In re: **Christine June Savage**
**Bryan Lee Savage**
,
Debtor(s).
/

Case No. 19-03856
Chapter 13
Hon. Scott W. Dales
Filed: **9/11/2019**

## FIRST POST-CONFIRMATION AMENDED CHAPTER 13 PLAN

### II. FUNDING

☒ Additional Plan Payment Provisions:

1. Mr. Savage is currently paying $83.63 per month towards a 401(k) loan which will be repaid on or about 7/19/2021. Accordingly, beginning August 1, 2021 the Debtors' monthly payment shall increase by $83.63.

2. Mr. Savage is currently paying $38.26 per month towards a 401(k) loan which will be repaid on or about 4/18/2022. Accordingly, beginning May 1, 2022 the Debtors' monthly payment shall increase by $38.26.

***

**The Plan remains unchanged in all respects not in conflict with this amendment.**

Date: **August 13, 2021**       /s/ **Christine June Savage**
                                **Christine June Savage**  , Debtor

Date: **August 13, 2021**       /s/ **Bryan Lee Savage**
                                **Bryan Lee Savage**  , Debtor

Date: **August 13, 2021**       /s/ **Jeffrey D. Mapes**
                                **Jeffrey D. Mapes P70509**  , Counsel for the Debtor(s)